**Order entered January 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01038-CV

### IN RE JOSE RICARDO TOME, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-722-97**

## ORDER

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's August 29, 2016 petition for writ of mandamus.

/s/     ADA BROWN
        JUSTICE